UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL D'ANGELO,

Defendant.

**ORDER**

23 Cr. 327 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court on August 25, 2023, Defendant's pretrial motions are due by **September 25, 2023**. The Government's opposition is due by **October 16, 2023**, and any reply by Defendant is due by **October 23, 2023**.

Dated: New York, New York
       August 28, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge