UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL D'ANGELO,

               Defendant.

**ORDER**

23 Cr. 327 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant's consented-to application to extend the deadline to file pretrial motions (Dkt. No. 12) is granted. Defendant's pretrial motions will be due by **October 16, 2023**. The Clerk of Court is directed to terminate the motion (Dkt. No. 12).

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Assistant United States Henry Ross, of counsel, and with the consent of the Defendant, by and through his counsel, it is further ORDERED that the time between September 20, 2023 and October 16, 2023 is hereby excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendants in a speedy trial, because it will allow time for the Defendant to review discovery and prepare pretrial motions, and enable the parties to conduct any necessary discussions regarding a pretrial resolution.

      A conference in this matter will take place on **October 12, 2023 at 4:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York**. Defense counsel should be prepared to discuss what motions will be filed,

and the Court will set a briefing schedule for the Government's response and any reply.

Dated: New York, New York
       September 20, 2023

                                          SO ORDERED.

                                          _____
                                          Paul G. Gardephe
                                          United States District Judge