UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL D'ANGELO,<br><br>      Defendant. | **ORDER**<br><br>23 Cr. 327 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DERON BOONE,<br><br>      Defendant. | 23 Cr. 427 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The Court will hear consolidated oral argument on Defendants' motions to dismiss in the above-captioned cases (23 Cr. 327, Dkt. No. 18; 23 Cr. 427, Dkt. No. 15) on **November 27, 2023, at 4:00 p.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.**

Dated: New York, New York
    November 10, 2023

                  SO ORDERED.

                  */s/ Paul G. Gardephe*
                  _____
                  Paul G. Gardephe
                  United States District Judge