UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL D'ANGELO,

                Defendant.

**ORDER**

23 Cr. 327 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will be held in this matter on **January 4, 2024 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
          December 31, 2023

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge