UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

MICHAEL D'ANGELO,

Defendant.

**ORDER**

23 Cr. 327 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for March 7, 2024, is adjourned to **April 5, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant, by and through Defendant's counsel, Marne Lenox (Dkt. No. 31), it is further ordered that the time between March 7, 2024 and April 5, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the Defense to continue reviewing discovery and discuss a potential pretrial resolution of this case.

Dated: New York, New York
       March 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge