UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

MICHAEL D'ANGELO,

                Defendant.

**ORDER**

23 Cr. 327 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Defendant's sentencing is adjourned from September 20, 2024 to **October 3, 2024 at 3:00 p.m.** The sentencing will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       September 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge